■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN THOMAS, JR., Appellant.— Judgment of the Supreme Court, Kings County,

rendered January 8, 1970, affirmed (*People* v. *Frederick*, 24 N Y 2d 848). Rabin, P. J., Munder, Gulotta, Brennan and Benjamin, JJ., concur.